UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MANDI GRIFFIN, also known as
MANDI T. GRIFFIN,

                Petitioner,

    -v-                                            9:14-CV-0024
                                                        (DNH/TWD)

SABRINA KAPLAN,

                Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                        OF COUNSEL:

MANDI GRIFFIN
Petitioner, Pro Se
06-G-0281
Bedford Hills Correctional Facility
247 Harris Road
Bedford Hills, New York 10507

HON. ERIC T. SCHNEIDERMAN            LISA E. FLEISCHMANN, ESQ.
Attorney General for the State of New York    Ass't Attorney General
Attorney for Respondent
120 Broadway
New York, New York 10271

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

      *Pro se* petitioner Mandi Griffin, also known as Mandi T. Griffin, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed an amended petition on March 17, 2014. See ECF No. 7. On January 27, 2017, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, advised, by Report-Recommendation, that the petition be

denied. Petitioner timely filed objections to the Report-Recommendation and Respondent has filed a letter requesting that the Report-Recommendation be adopted. See ECF Nos. 33 & 34.

Based upon a de novo review of the portions of the Report-Recommendation to which petitioner and respondent objected, the Report-Recommendation is adopted in whole. See 28 U.S.C. § 636(b)(1); Rule 10, Rules Governing Section 2254 Cases.

Therefore, it is

ORDERED that

1. The amended petition for a writ of habeas corpus is **DENIED** and **DISMISSED** in all respects on the grounds that it is time-barred; and

2. The Clerk is directed to close the file.

Because petitioner has not made a substantial showing of the denial of any constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 29, 2017
        Utica, New York.